IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3013 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE MANUEL SAMANIEGO-GARCIA, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and with the agreement of the government and the United States Probation Officer,

IT IS ORDERED that the defendant's sentencing is rescheduled to Wednesday, April 15, 2009, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 6th day of April, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge