# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) <br>                                                            ) <br>         Plaintiff,                              ) <br>                                                            ) <br> vs.                                                    ) <br>                                                            ) <br> JOSE MANUEL SAMANIEGO-GARCIA,  ) <br>                                                            ) <br>         Defendant.                           ) <br>                                                            ) | 4:09CR3013 <br><br> DETENTION ORDER <br><br> PETITION FOR ACTION ON CONDITIONS OF PROBATION |

Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order, because:

____ The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

_X_ The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:

_____
_____
_____
_____

**IT HEREBY IS FURTHER ORDERED:**

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:   January 25, 2010                         BY THE COURT:

                                                                          *s/Cheryl R. Zwart*
                                                                          Cheryl R. Zwart
                                                                          United States Magistrate Judge